ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -                                              )
                                                         )
Zodiac-Poettker HBZ Joint Venture II, LLC    )    ASBCA No. 64276
                                                         )
Under Contract No. W912DQ-23-C-4001          )

APPEARANCES FOR THE APPELLANT:        Scott F. Lane, Esq.
                                         Thompson Coburn LLP
                                         St. Louis, MO
                                      Jayna M. Rust, Esq.
                                         Thompson Coburn LLP
                                         Washington, DC


APPEARANCES FOR THE GOVERNMENT:    Michael P. Goodman, Esq.
                                      Engineer Chief Trial Attorney
                                   Kristine R. Hauser, Esq.
                                      Engineer Trial Attorney
                                      U.S. Army Engineer District, Kansas City


ORDER OF DISMISSAL

The dispute has been settled.  The appeal is dismissed with prejudice.

Dated:  March 26, 2026

J. REID PROUTY
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals


I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 64276, Appeal of Zodiac-Poettker HBZ Joint Venture II, LLC, rendered in conformance with the Board's Charter.

Dated:  March 26, 2026

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals